UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESTINEE BRYCE,

    Plaintiff,

v.

CITY OF STANTON and JACOB
VANBOXEL, in his Individual and
Official capacities,

    Defendants.

Case No.: 1:22-cv-705
Hon. Hala Y. Jarbou
Magistrate Judge Phillip J. Green

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P34564)<br>Kevin J. Kelly (P74546)<br>Rikki Mechelle Mays-Reak<br>THE MASTROMARCO FIRM<br>Attorneys for Plaintiff<br>1024 N. Michigan Avenue<br>Saginaw, Michigan 48602<br>(989) 752-1414<br>vmastromarco@mastromarcofirm.com<br>kkelly@mastromarcofirm.com<br>rmaysreak@mastromarcofirm.com | Lauri B. Stewart (P55014)<br>KERR RUSSELL AND WEBER, PLC<br>Attorney for Defendants<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226-3427<br>(313) 961-0200; FAX (313) 961-0388<br>lstewart@kerr-russell.com |

## STIPULATED ORDER TO DISMISS

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully advised:

1

**IT IS HEREBY STIPULATED AND ORDERED** that this matter is dismissed with prejudice and without costs or fees to be paid by any party.

**IT IS SO ORDERED.**

*This is a final order and closes the case.*

Dated: November 29 , 2023    /s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

*Stipulated as to form and substance:*

By: */s/Victor J. Mastomarco (w/ consent)*
Victor J. Mastromarco, Jr. (P34564)
THE MASTROMARCO FIRM
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com

By: */s/Lauri B. Stewart*
Lauri B. Stewart (P55014)
KERR, RUSSELL AND WEBER, PLC
Attorney for Defendants
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3427
(313) 961-0200; FAX (313) 961-0388
lstewart@kerr-russell.com

Dated: November 28, 2023